PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
AMANDA BECK
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00140-MCE |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RAFAEL PAHUA-MEJIA, | |
| Defendant. | |

   WHEREAS, on October 14, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Rafael Pahua-Mejia forfeiting to the United States the following property:

   a.   Approximately 32,870.00 in U.S. Currency.

   AND WHEREAS, beginning on October 15, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

   AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

   a)   Alfredo Duarte

    b) Sean Steven Lopez
    c) Enrique Pahua
    d) Maria Ermilia Cervantes-Rangel

  AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Rafael Pahua-Mejia.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

  IT IS SO ORDERED.

Dated:  March 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE